**Opinion issued August 19, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00523-CR**

————————————

## IN RE KRISTINA CHAMBERS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Kristina Chambers, filed a petition for writ of mandamus challenging the trial court's denial of her second motion to disqualify the Harris County District Attorney's Office from the underlying trial court cause.[1] Relator requested that the Court "issue a writ of mandamus directing the trial court to disqualify the Harris

---

[1] The underlying case is *State of Texas v. Kristina Chambers*, Cause No. 1904341, in the 488th District Court of Harris County, Texas, the Honorable Matthew Peneguy presiding.

County District Attorney's Office and to assign the case to a prosecuting authority untainted by the appearance of impropriety."

The Court requested that the real party in interest, the State of Texas, file a response to the petition for writ of mandamus. The State filed its response on August 14, 2025.

We conclude that relator has failed to establish she is entitled to mandamus relief, and therefore the Court denies relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.

Do not publish. TEX. R. APP. P. 47.2(b).